**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1251**

———————

HOWARD M. MOORE, JR.,

Plaintiff - Appellant,

versus

BOARD OF EDUCATION FOR TALBOT COUNTY; J.
SAMUEL MEEK, Superintendent; JOHN MASONE,
Director,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Andre M. Davis, District Judge. (CA-97-
3178-AMD)

———————

Submitted: August 10, 1999          Decided: August 31, 1999

———————

Before MOTZ and WILLIAMS, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

James C. Strouse, Columbia, Maryland, for Appellant. Leslie Robert
Stellman, Rochelle S. Eisenberg, Gail D. Allen, BLUM, YUMKAS,
MAILMAN, GUTMAN & DENICK, P.A., Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Howard M. Moore, Jr., appeals the district court's order dismissing his action alleging employment discrimination and related claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Moore v. Board of Educ.</u>, No. CA-97-3178-AMD (D. Md. Jan. 28, 1999).[*] We grant the motion to submit the case to the court without oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] The order from which Moore appeals was filed on January 27, 1999, and entered on the district court's docket on January 28, in accordance with Fed. R. Civ. P. 58 and 79(a). <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).